UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00462-JCM-NJK<br><br>**ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant The Marshall Retail Group, LLC ("MRG"), by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC ("I Love Las Vegas"), by and through its counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time to respond to I Love Las Vegas's Complaint (ECF No. 1) by thirty (30) days, through and including **May 6, 2024**.  This extension is requested so the parties can evaluate the

/ / /

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 696519507v1

potential for resolution of their dispute prior to litigation. This request is not for purposes of delay.

    **IT IS SO STIPULATED.**

DATED this 28th day of March, 2024.    DATED this 28th day of March, 2024.

**GREENBERG TRAURIG, LLP**    **McMENEMY HOLMES PLLC**

| /s/ Bethany L. Rabe | /s/ Dustun H. Holmes |
|---|---|
| KARA B. HENDRICKS, ESQ. | DUSTUN H. HOLMES, ESQ. |
| Nevada Bar No. 07743 | Nevada Bar No. 12776 |
| BETHANY L. RABE, ESQ. | IAN M. McMENEMY, ESQ. |
| Nevada Bar No. 11691 | Nevada Bar No. 13190 |
| 10845 Griffith Peak Drive, Suite 600 | 1645 Village Center Circle, Suite 291 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89134 |

*Counsel for Defendant The Marshall Retail Group, LLC*    *Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.*

    **IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE
DATE:    March 29, 2024