KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   hendricksk@gtlaw.com
             rabeb@gtlaw.com

*Attorneys for Defendant The Marshall Retail Group, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00462-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[SECOND REQUEST]** |

Defendant The Marshall Retail Group, LLC ("MRG"), by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC ("I Love Las Vegas"), by and through its counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time to respond to I Love Las Vegas's Complaint (ECF No. 1) by two weeks, through and including **May 20, 2024**.  The parties have been discussing the potential for resolution prior to litigation,  and would like to continue engaging  in such discussions before  moving forward

/ / /

/ / /

/ / /

/ / /

1

ACTIVE 698063371v1

1  with a response to the Complaint and the deadlines that follow. This request is not for purposes
2  of delay.
3      **IT IS SO STIPULATED.**
4  DATED this 2nd day of May, 2024.    DATED this 2nd day of May, 2024.
5  **GREENBERG TRAURIG, LLP**    **McMENEMY HOLMES PLLC**

    /s/ *Bethany L. Rabe*        /s/ *Dustun H. Holmes*

KARA B. HENDRICKS, ESQ.    DUSTUN H. HOLMES, ESQ.
Nevada Bar No. 07743    Nevada Bar No. 12776
BETHANY L. RABE, ESQ.    IAN M. McMENEMY, ESQ.
Nevada Bar No. 11691    Nevada Bar No. 13190
10845 Griffith Peak Drive, Suite 600    1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89135    Las Vegas, Nevada 89134

*Counsel for Defendant The Marshall Retail Group, LLC*    *Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.*

    **IT IS SO ORDERED.**

_____
United States Magistrate Judge
DATE: May 3, 2024

2

ACTIVE 698063371v1