KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   hendricksk@gtlaw.com
         rabeb@gtlaw.com

*Attorneys for Defendant The Marshall Retail Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00462-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>**[THIRD REQUEST]** |

Defendant The Marshall Retail Group, LLC ("MRG"), by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC ("I Love Las Vegas"), by and through its counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate to extend the time to respond to I Love Las Vegas's Complaint (ECF No. 1) by ten (10) days, through and including **May 30, 2024**. The parties have been discussing the potential for resolution prior to litigation, and would like to continue engaging in such discussions before

/ / /

/ / /

/ / /

/ / /

1

moving forward with a response to the Complaint and the deadlines that follow. This request is not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of May, 2024.  DATED this 16th day of May, 2024.

**GREENBERG TRAURIG, LLP**  **McMENEMY HOLMES PLLC**

*/s/ Bethany L. Rabe*  */s/ Dustun H. Holmes*
KARA B. HENDRICKS, ESQ.  DUSTUN H. HOLMES, ESQ.
Nevada Bar No. 07743  Nevada Bar No. 12776
BETHANY L. RABE, ESQ.  IAN M. McMENEMY, ESQ.
Nevada Bar No. 11691  Nevada Bar No. 13190
10845 Griffith Peak Drive, Suite 600  1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89135  Las Vegas, Nevada 89134

*Counsel for Defendant The Marshall Retail Group, LLC*  *Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.*

**IT IS SO ORDERED.**

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

United States Magistrate Judge
DATE: May 17, 2024

2

ACTIVE 698665349v1