KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
rabeb@gtlaw.com

*Attorneys for Defendant The Marshall Retail Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00462-JCM-NJK<br><br>**STIPULATION AND ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT**<br><br>**[FIRST REQUEST]** |

Defendant The Marshall Retail Group, LLC, by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC, by and through its counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby notify the Court that the parties have reached a settlement agreement in principle, and hereby stipulate and agree that all pending deadlines in this matter be stayed for sixty (60) days so that the parties may finalize their agreement. This is the first such request with respect to discovery deadlines. The parties will file a stipulated dismissal of all claims once their settlement agreement is finalized and executed, or a status report in sixty (60) days if such dismissal has not occurred.

. . .

. . .

1

DATED this 20th day of September, 2024.

**GREENBERG TRAURIG, LLP**

  */s/ Bethany L. Rabe*
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant The Marshall Retail Group, LLC*

DATED this 20th day of September, 2024.

**McMENEMY HOLMES PLLC**

  */s/ Dustun H. Holmes*
DUSTUN H. HOLMES, ESQ.
Nevada Bar No. 12776
IAN M. McMENEMY, ESQ.
Nevada Bar No. 13190
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134

*Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: September 23, 2024

2

ACTIVE 701817877v1