KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
rabeb@gtlaw.com

*Attorneys for Defendant The Marshall Retail Group, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 2:24-cv-00462-JCM-NJK<br><br>**STIPULATION AND ORDER STAYING DEADLINES PENDING FINALIZATION OF SETTLEMENT AND STATUS REPORT REGARDING SAME**<br><br>**[SECOND REQUEST]** |

Defendant The Marshall Retail Group, LLC, by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC, by and through its counsel of record, pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, hereby stipulate and agree that all pending deadlines in this matter be stayed for an additional thirty (30) days beyond November 22, 2024 so that the parties may finalize their settlement agreement. This is the second such request with respect to discovery deadlines.

The parties are very close to finalizing the settlement and request this additional time so that signatures may be obtained and certain settlement obligations can be completed prior to dismissal. The agreement is somewhat unique in that several independent components required negotiation and sign-off. The parties expect that execution will occur within the

1

next two weeks (given the Thanksgiving holiday), but there is a timing component to the agreement that prevents immediate dismissal following execution.

A status report regarding settlement shall be due on December 23, 2024 if dismissal has not occurred, although the parties expect that the dismissal will be filed well before that date.

| | |
|---|---|
| DATED this 20th day of November, 2024. | DATED this 20th day of November, 2024 |
| **GREENBERG TRAURIG, LLP** | **McMENEMY HOLMES PLLC** |
| /s/ Bethany L. Rabe | /s/ Dustun H. Holmes |
| KARA B. HENDRICKS, ESQ.<br>Nevada Bar No. 07743<br>BETHANY L. RABE, ESQ.<br>Nevada Bar No. 11691<br>10845 Griffith Peak Drive<br>Suite 600<br>Las Vegas, Nevada 89135 | DUSTUN H. HOLMES, ESQ.<br>Nevada Bar No. 12776<br>IAN M. McMENEMY, ESQ.<br>Nevada Bar No. 13190<br>1645 Village Center Circle, Suite 291<br>Las Vegas, Nevada 89134 |
| *Counsel for Defendant The Marshall Retail Group, LLC* | *Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 22, 2024

2

ACTIVE 704275750v1