KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:    hendricksk@gtlaw.com
          rabeb@gtlaw.com

*Attorneys for Defendant The Marshall Retail Group, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| I LOVE LAS VEGAS LIFESTYLE, LLC, a Nevada limited liability company, | CASE NO. 2:24-cv-00462-JCM-NJK |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| THE MARSHALL RETAIL GROUP, LLC, a Delaware limited liability company, | |
| Defendant. | |

Defendant The Marshall Retail Group, LLC, by and through its counsel of record, and Plaintiff I Love Las Vegas Lifestyle, LLC, by and through its counsel of record, hereby stipulate that this matter, including all claims and counterclaims, shall be dismissed with prejudice in accordance with FRCP 41(a)(2).

//

ACTIVE 705316663v1

Each party shall bear its own attorneys' fees and costs of suit.

DATED this 27th day of December, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Bethany L. Rabe*

KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
10845 Griffith Peak Drive
Suite 600
Las Vegas, Nevada 89135

*Counsel for Defendant The Marshall Retail Group, LLC*

DATED this 27th day of December, 2024.

**McMENEMY HOLMES PLLC**

*/s/ Dustun H. Holmes*

DUSTUN H. HOLMES, ESQ.
Nevada Bar No. 12776
IAN M. McMENEMY, ESQ.
Nevada Bar No. 13190
1645 Village Center Circle, Suite 291
Las Vegas, Nevada 89134

*Counsel for Plaintiff I Love Las Vegas Lifestyle, Inc.*

**IT IS SO ORDERED**.

UNITED STATES DISTRICT JUDGE

DATED:  December 27, 2024

ACTIVE 705316663v1